[No. 71204-7-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MILORD GELIN, *Appellant*.

*Affirmed* by unpublished per curiam opinion.

[No. 71217-9-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAIN ANDREW McGILL, *Appellant*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Appelwick, JJ.

[No. 71246-2-I.   Division One.   June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. LeBARON RODNEY PRIM, *Appellant*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Appelwick, JJ.

[No. 71343-4-I.   Division One.   June 15, 2015.]

*In the Matter of the Detention of* ROY DONALD STOUT, JR.

THE STATE OF WASHINGTON, *Respondent*, v. ROY DONALD STOUT, JR., *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Leach, JJ.